**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00592-CR

**JESUS GUTIERREZ ELIASAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-00153-Y**

## ORDER

The Court has before it appellant's April 2, 2014 request for additional time to file a response to the *Anders* brief filed by counsel. In the letter, appellant also states that he received documents from this Court unrelated to his case.

We **GRANT** appellant's April 2, 2014 request for an extension of time to file his pro se response. We **ORDER** appellant to file his pro se response by **JUNE 12, 2014**. If appellant's response is not filed by that date, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send, by first-class mail, copies of this order, the appellant's brief filed on March 14, 2014, and this Court's letter of March 18, 2014, to Jesus Gutierrez Eliasar, TDCJ No. 1893763, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, Texas 75884.

/s/     LANA MYERS
        JUSTICE